THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
ELLYN MARCUS LINDSAY (Cal. State Bar No. 116847)
Assistant United States Attorney
Senior Litigation Counsel, Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-2041
     Facsimile:  (213) 894-6269
     E-Mail: ellyn.lindsay@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR No. 02-541-GAF |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER UNSEALING DOCUMENT |
| v. | ) | |
| IMRE SMIDA, et al., | ) | |
| Defendants. | ) | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The plea agreement for defendant Robert Seaton is unsealed.

DATED: 1/29/08

HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE

# Motions
2:02-cr-00541-GAF USA v. Smida, et al

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Lindsay, Ellyn on 1/25/2008 at 3:57 PM PST and filed on 1/25/2008
**Case Name:** USA v. Smida, et al
**Case Number:** 2:02-cr-541
**Filer:** USA
**Document Number:** 86

**Docket Text:**
NOTICE OF MOTION AND MOTION to Unseal Plea Agreement Filed by Plaintiff USA as to Defendant Robert Seaton (Attachments: # (1) Declaration of Ellyn Marcus Lindsay# (2) Proposed Order Unsealing Document)(Lindsay, Ellyn)

**2:02-cr-541-5 Notice has been electronically mailed to:**

Larry M Bakman     lbakman@socal.rr.com

Ellyn M Lindsay     USACAC.Criminal@usdoj.gov, ellyn.lindsay@usdoj.gov

John Neil McNicholas     john@mcnicholaslawoffice.com

Gregory Nicolaysen     gregnicolaysen@aol.com

George L Steele     gsteele@glslaw.net

Myra J Sun     zzCAC_FPD_Document_Receiving@fd.org, myra_sun@fd.org

**2:02-cr-541-5 Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** N:\BTunque\lindsay\SMIDA\ECF\CAC.LA.CR0200541.20080125.EL.Government's Ex Parte Application for Order Unsealing Document.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=1/25/2008] [FileNumber=5259320-0]
[5ff74f0253d38538b17e3cc5987f81cda44c61ebc9303045735838bbeab98a244281
6fd31bb433c06488ef33a13f5bfe016fab87d74f0cc2f198422cd9ab5c0f]]
**Document description:** Declaration of Ellyn Marcus Lindsay
**Original filename:** N:\BTunque\lindsay\SMIDA\ECF\CAC.LA.CR0200541.20080125.EL.Declaration of Ellyn Marcus Lindsay.pdf
**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=1/25/2008] [FileNumber=5259320-1]
[45351586dab9ca6dcd6bfe71b44d7d178a5abfc40df9c017b0dbd0f0d098ba5f9b85
a474bf04bdc829fda859a0673ca02aea04c54f48ff59b25f8ca2a5112055]]

**Document description:** Proposed Order Unsealing Document
**Original filename:** N:\BTunque\lindsay\SMIDA\ECF\CAC.LA.CR0200541.20080125.EL.[Proposed] Order Unsealing Document.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=1/25/2008] [FileNumber=5259320-2]
[1f60a158269e10093664b31e4134c44f58b55ce259f8c362b986ad128d6dad3ae7cf
0ba69b74a0e42b37fcc43d46cf627a916ddbe374ab473dfc2057b1b8b59d]]